UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

<u>**Crim. No. 10-756**</u>

UNITED STATES OF AMERICA v. <u>Aaron Nundra</u>
                                          Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Aaron Nundra, SBI# 387446C, D.O.B. 5/30/1986** is now confined in <u>Essex County Jail</u>.

2. **Aaron Nundra, SBI# 387446C, D.O.B. 5/30/1986** will be required at the <u>United States District Court in Newark, New Jersey</u> on <u>Monday, November 22, 2010,</u> at <u>11:30 a.m.</u> for an <u>Arraignment</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   November 16, 2010         <u>s/ Adam N. Subervi</u>
                                    Adam N. Subervi
                                    Assistant United States Attorney
                                    Petitioner - 973-645-2846

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 11/17/10                    _____
                                    HON. JOSE L. LINARES
                                    UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail. We Command that you have the body of **Aaron Nundra, SBI# 387446C, D.O.B. 5/30/1986** (by whatever name called or charged) now confined in <u>Essex County Jail</u> brought to the <u>United States District Court in Newark, New Jersey</u> on <u>Monday, November 22, 2010,</u> at <u>11:30 a.m.</u> for an <u>Arraignment</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Jose L. Linares
        United States District Judge at Newark, N.J.

DATED: 11/17/10                    WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                              Per: _Lissette Rodriguez_____
                                    Deputy Clerk